Foreman Brothers Banking Company, administrator of the estate of Wladyslaw Chrzaszcs, deceased, appellee, v. Apex Motor Fuel & Lubricant Company, appellant. Gen. No. 28,819.

Action for death by wrongful act. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George A. Sentel, Judge, presiding. Heard in the third division of this court

for the first district at the October term, 1923. Reversed with a finding of fact. Opinion filed October 30, 1924.

John Clark Baker, for appellant. John D. Farrell, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.